UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 7:19-CR-23-REW-EBA |
| v. | ) | ORDER |
| LOIS SPEARS, | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

After conducting Rule 11 proceedings, *see* DE 286 (Minute Entry), Judge Atkins recommended that the undersigned accept Defendant Lois Spears's guilty plea and adjudge her guilty of the lesser included offense of Count One of the Indictment (DE 1). *See* DE 289 (Recommendation). Judge Atkins expressly informed Spears of the right to object to the recommendation and to secure de novo review from the undersigned. *See id.* at 2–3. The established, 3-day objection deadline has passed, and no party has objected.

The Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 66, 472 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate's judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

The Court thus, with no objection from any party and on full review of the record, **ORDERS** as follows:

1. The Court **ADOPTS** DE 289, **ACCEPTS** Spears's guilty plea, and **ADJUDGES** Defendant guilty of the specified (289 ¶4) lesser included offense of Count One of the Indictment;

2. The Court **CANCELS** the trial as to this Defendant; and

3. The Court will issue a separate sentencing order.[1]

This the 2nd day of June, 2021.

Signed By:
*Robert E. Wier*
United States District Judge

---

[1] At the hearing, Judge Atkins remanded Spears to custody. *See* DE 286. The Court, thus, sees no need to further address detention, at this time. Her detained status will persist pending sentencing.